IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROKFORM LLC, a Delaware company; ROKFORM IP LLC, a California company, <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN RUIXIN DIGITAL TECHNOLOGY CO., LTD., a Chinese entity; <br><br> SHANGHAI KUKE NETWORK TECHNOLOGY CO., LTD., a Chinese entity, <br><br> Defendants. | CIVIL ACTION NO. 2:26-cv-00050 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS ROKFORM LLC AND ROKFORM IP LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that of this date, Plaintiffs Rokform LLC and Rokform IP LLC have no parent company and, to their knowledge, there is no publicly held corporation owning 10% or more of their stock.

Dated: January 22, 2026

Respectfully submitted,

/s/ Jennifer P. Ainsworth
Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON & VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091

Michael K. Friedland (SBN 157,217)

michael.friedland@fciplaw.com
Joseph S. Cianfrani (SBN 196,186)
joe.cianfrani@fciplaw.com
Nicole R. Townes (SBN 272,342)
nicole.townes@fciplaw.com
David G. Kim (SBN 307,821)
david.kim@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
949-734-4900

*Attorneys for Plaintiffs*
*Rokform LLC and Rokform IP LLC*